AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| KPI Oceanconnect <br><br> *Plaintiff(s)* <br> v. <br> Gloria EFE, S.A. <br><br> *Defendant(s)* | Civil Action No.  20-cv-24163-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gloria EFE, S.A.
Ricardo J. Alfaro Ave
El Dorado, núm. 16 Oeste
Panama

and C/Canovas Del Castillo No. 4, Entlo 36.202, Vigo, Spain.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan S. Cooper, Robert W. Blanck, Blanck & Cooper, P.A., 5730 SW 74th Street, Suite 700, Miami, FL 33143; J. Stephen Simms, Simms Showers LLP, 201 International Circle, Suite 230, Baltimore, Maryland 21030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 13, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Esperanza Buchhorst*
Deputy Clerk
U.S. District Courts