## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:20-CV-24163-BB

Plaintiff:
**KPI OCEANCONNECT, INC.**

vs.

Defendant:
**GLORIA EFE, S.A.**

For:
Robert Blanck
BLANCK & COOPER, P.A.
5730 S.W. 74 Street
Suite #700
Miami, FL 33143

Received by Caplan, Caplan & Caplan Process Servers on the 15th day of October, 2020 at 2:52 pm to be served on **ABANCA CORPORACION BANCARIA S.A. C/O INTERAMERICAN CORPORATE SERVICES LLC, 2525 PONCE DE LEON BLVD, SUITE 1225, CORAL GABLES, FL 33134**.

I, Hugo Mata, do hereby affirm that on the **16th day of October, 2020** at **10:59 am, I:**

served a **CORPORATION, REGISTERED AGENT** by delivering a true copy of the **PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, COVER LETTER, ORDER FOR APPOINTMENT FOR SERVICE OF MARITIME GARNISHMENT, VERIFIED ORIGINAL COMPLAINT WITH REQUEST FOR ISSUE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, PLAINTIFF'S INTERROGATORIES TO GARNISHEE ABANCA CORPORACION BANCARIA, S.A., AND ORDER DIRECTING CLERK TO ISSUE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** with the date and hour of service endorsed thereon by me, to: **INTERAMERICAN CORPORATE SERVICES, LLC** as **REGISTERED AGENT** at the address of: **2525 PONCE DE LEON BLVD, SUITE 1225, CORAL GABLES, FL 33134** on behalf of **ABANCA CORPORACION BANCARIA S.A. C/O INTERAMERICAN CORPORATE SERVICES LLC**, and informed said person of the contents therein, in compliance with Florida State Statute 48.091.

**Additional Information pertaining to this Service:**
SERVED JENNIFER TORRES, ASSISTANT/EMPLOYEE OF THE REGISTERED AGENT

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action.  Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

**Hugo Mata**
324

**Caplan, Caplan & Caplan Process Servers**
**12555 Orange Drive**
**Suite 106**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2020031325
Service Fee: _____

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t