AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GLORIA EFE S.A.
was received by me on *(date)* NOVEMBER 18, 2020 .

☐ I personally served the summons on the individual at *(place)* GLORIA EFE S.A.
RICARDO J. ALFARO AVE. EL DORADO #6 OESTE on *(date)* NOVEMBER 18, 2020 ; or PANAMA

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* MARITIME LAWYERS BUREAU , who is
designated by law to accept service of process on behalf of *(name of organization)* GLORIA EFE, S.A.
on *(date)* NOVEMBER 18, 2020 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: NOVEMBER 18, 2020

*Server's signature*

Felix Valencia M.
*Printed name and title*

CALLE 55, El Cangrejo, Edif. CARPIT No. 225
PANAMA REP. DE PANAMA
*Server's address*

Additional information regarding attempted service, etc: