UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KPI OCEANCONNECT INC.

PLAINTIFF(S)

CASE NUMBER
1:20−cv−24163−AMC

v.

GLORIA EFE S.A.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Gloria EFE, S.A.**

as of course, on the date January 11, 2021.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Esperanza Buchhorts−Rodriguez*
Deputy Clerk

cc:  Judge Aileen M. Cannon
     KPI OCEANCONNECT INC.

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)