UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-24163-CIV-CANNON/Otazo-Reyes

**KPI OCEANCONNECT, INC.,**

    Plaintiff,

v.

**GLORIA EFE, S.A.**

    Defendant,

v.

**ABANCA CORPORACION BANCARIA, S.A.**

    Garnishee.

_____/

## ORDER CLOSING CASE

**THIS MATTER** is before the Court on the Plaintiff's Notice of Voluntary Dismissal [ECF No. 25]. A plaintiff may dismiss an action voluntarily without a court order by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendant has not filed a responsive pleading or motion for summary judgment in this case. Accordingly, this case is **CLOSED**, effective January 27, 2021, the date the Plaintiff filed its Notice of Voluntary Dismissal.

1. The Clerk of Court is directed to **CLOSE** this case.
2. All deadlines are **TERMINATED**.

**DONE AND ORDERED** in Fort Pierce, Florida this 28th day of January 2021.

                                                AILEEN M. CANNON
                                              UNITED STATES DISTRICT JUDGE

cc: Counsel of Record